## 70937. BAETY v. EISENSTEIN.

(336 SE2d 849)

BENHAM, Judge.

This appeal is from the Superior Court of Fulton County's reversal of a contempt judgment rendered by appellant, a judge of the City Court of Atlanta, against appellee, an attorney who had business in appellant's court. After being held in contempt, appellee filed a writ of certiorari, which was granted by the superior court. Appellant, by direct appeal, here seeks review of that court's judgment; appellee challenges the appeal by way of a motion to dismiss.

"Appeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari . . . shall be by application in the nature of a petition. . . ." OCGA § 5-6-35 (a) (1) and (b). No such application having been made, the appeal must be dismissed. *Field Developers v. City of Atlanta*, 158 Ga. App. 388 (280 SE2d 364) (1981).

*Appeal dismissed. Banke, C. J., and McMurray, P. J., concur.*

DECIDED OCTOBER 29, 1985.

*Louise T. Norwood*, for appellant.
*Paul J. Stalcup*, for appellee.